IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN EDWARDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| LORIE DAVIS, *Director TDCJ*, ) | |
| ) | |
| Respondent. ) | Civil Action No. 3:20-CV-626-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Petitioner's Petition for a Writ of Habeas Corpus should be transferred to the United States Court of Appeals for the Fifth Circuit as successive. Petitioner has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's Petition is hereby **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit as successive.

SO ORDERED this 11th day of May, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE